CWC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

08 FEB 28 AM 9:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY CP DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Magistrate's Case No.** '08 MJ 0592 |
| **vs.** | COMPLAINT FOR VIOLATION OF |
| **Antonio Alberto BANUET** | 21 U.S.C. 952 and 960 |
| | Importation of a Controlled Substance |

The undersigned complainant, being duly sworn, states:

**COUNT ONE**

That on or about February 27, 2008, within the Southern District of California, defendant Antonio Alberto BANUET, did knowingly and intentionally import approximately 46.06 kilograms of marijuana, a Schedule I Controlled Substance into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of probable cause, which is incorporated herein by reference.

Signature of Complainant
Molly Reeve, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 28th day of February 2008.

United States Magistrate Judge

CSC

**United States of America**

**vs.**

**Antonio Alberto BANUET**

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Molly Reeve, declare under penalty of perjury the following is true and correct:

On February 4, 2008, at approximately 0355 hours, Antonio BANUET entered the United States from the Republic of Mexico at the Otay Mesa Port of Entry, San Diego, California. BANUET was the driver of a 1997 Chevrolet pickup bearing California license plate 5M58934. U.S. Customs and Border Protection Officer (CBPO) Walton was working primary inspections when the vehicle entered the U.S. CBPO Walton conducted a field inspection and discovered a tool box on top of a fuel tank which was partially filled with a brown liquid in the bed of the truck. CBPO Walton could not see to the bottom of the toolbox, so he referred the vehicle to secondary for further inspection.

In the secondary inspection area CBP Canine Enforcement Officer (CEO) Rhonda Beyke screened the vehicle with her narcotic detector dog (NDD) Kyra. NDD Kyra alerted to the presence of a narcotic odor emanating from the toolbox in the bed of the vehicle.

CBPO Medina searched the toolbox and discovered a compartment containing packages inside. CBPO Medina tested the contents of one of the packages and received a positive response for marijuana.

CBPO Brown removed a total of fourteen packages with a combined total weight of 46.06 kilograms from a compartment in the toolbox and fuel tank.

Post-Miranda, BANUET admitted he was going to receive the truck as payment for smuggling marijuana into the United States. BANUET stated that he was supposed to take the truck to the Jack-in-the-Box restaurant off of Palomar Street in Chula Vista, CA. BANUET was told to wait at the Jack-in-the-Box while a member of the organization took the truck to be unloaded, and then returned it. BANUET stated that he had smuggled narcotics for this organization on one prior occasion (February 20, 2008).

Antonio BANUET was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.