FILED

2008 JUN -6 PM 4:32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ________ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTONIO ALBERTO BANUET,<br>Defendant. | CASE NO. 08CR00936-001-JLS<br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for July 25, 2008 is vacated and reset to August 29, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 6/4/08

Janis L. Sammartino
U.S. Magistrate Judge

cc: all counsel of record

/mwr